UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————————

No. 12-2736

———————————

In re:  SEMCRUDE, L.P., et al.,

Reorganized Debtors

SAMSON ENERGY RESOURCES COMPANY, et al.

v.

SEMCRUDE, L.P., et al.

Luke Oil Company, C & S Oil/Cross Properties, Inc.,
Wayne Thomas Oil and Gas and William R. Earnhardt, Co.,

Appellants

———————————

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 1-09-cv-00994)
District Judge: Honorable Leonard P. Stark

———————————

Argued February 19, 2013

Before:  AMBRO, FISHER, and JORDAN, <u>Circuit Judges</u>

(Opinion filed August 27, 2013)

<u>**ORDER  AMENDING  PRECEDENTIAL  OPINION**</u>

AMBRO, <u>Circuit Judge</u>

        IT IS NOW ORDERED that the published Opinion in the above case filed
August 27, 2013, be amended as follows:

        On page 6, in the first full paragraph of Section **I.  Background**, line 9, replace
"entitling them" with "seeking"

On page 8, footnote 5, line 3, replace "trustee" with "Trustee"

On page 20, second paragraph, line 1, delete the words "We begin with" and ", who".  Also capitalize the word "the" so that it reads:  "The lenders provided exit . . ."

On page 20, the penultimate line, replace "Debtors' Br." with "*Id.*"

On page 22, third line from the top of the page, replace "Appellants' App." with "*Id.*"

By the Court,


/s/ Thomas L. Ambro
Circuit Judge

Dated: November 8, 2013
CJG/cc:    Yolanda C. Garcia, Esq.
          L. Katherine Good, Esq.
          John H. Knight, Esq.
          Martin A. Sosland, Esq.
          Hartley B. Martyn, Esq.
          Dwayne D. Werb, Esq.